**BUDD LARNER**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

WRITER'S DIRECT DIAL: (973) 315-4450
WRITER'S E-MAIL: vpallotto@buddlarner.com

March 15, 2011

VIA E-FILING ONLY

Honorable Michael A. Shipp, U.S.M.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 2C
Newark, NJ 07101

Re: **Alexander Braurman v. United Collection Bureau, Inc.**
**Civil Action No. 2:11-cv-00599-SRC-MAS**

Dear Judge Shipp:

We represent the defendant, United Collection Bureau, Inc. ("UCB"), in reference to the above-captioned matter. Currently, UCB's answer or motion to the Amended Complaint is due on March 16, 2011. However, the plaintiff intends to file a Second Amended Complaint. As such, rather than address the current complaint, the parties have agreed to permit the plaintiff to file a Second Amended Complaint on or before March 31, 2011, and for the defendant, UCB, additional time to answer or otherwise move to the Second Amended Complaint by April 21, 2011.

A proposed Stipulation and Order is being filed electronically with this letter for Your Honor's consideration.

Respectfully submitted,

VIRGINIA A. PALLOTTO

VAP: da/849678
Enclosure as stated
cc: Philip D. Stern, Esq. (w/ enc. via e-mail)